ORIGINAL FILED
JUL 12 2023
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-2052 (AMD) |
| v. | : | Hon. Ann Marie Donio, U.S.M.J. |
| LISA SMITH | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date, and for good cause shown,

IT IS on this 12th day of July, 2023,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of the defendant or until further Order of this Court.

_____
Honorable Ann Marie Donio
United States Magistrate Judge